UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JEAN PIOVANETTI,

    Plaintiff,

v.                                   Case No. 23-CV-1619

WENDY LEMKUIL, et al.,

    Defendants.

## DECISION AND ORDER

Plaintiff Jean Piovanetti, who is representing himself, is proceeding on claims against Deputy District Attorney Wendy Lemkuil, Sheriff Todd Delain, Captain Heidy Michel, Corporal Matthew West, and Corporal Zachary Bergh in connection with allegations that they conspired to restrict access to his attorney and deny him due process at the Brown County Jail between November 30, 2020 and December 2, 2020. Dkt. No. 18 at 16. Defendants filed a motion for summary judgment on May 15, 2025; and after three extensions of time, Plaintiff filed his response materials on January 22, 2026. Dkt. Nos. 57, 67, 69, 70, & 71-75. About a week later, on January 27, 2026, Plaintiff filed a "motion for reconsideration, motion for extension of time" asking to "correct, reorganize, and complete" his summary judgment response materials. Plaintiff, however, has had more than eight months to complete his summary judgment response materials. At this point, Plaintiff's assertion that he doesn't have enough time in the law library to properly respond to the motion for summary judgment no longer satisfies "good cause" or "excusable neglect" for an extension of time. *See* Fed. R. Civ. P. 6(b)(1). Therefore, the Court will deny Plaintiff's motion

for reconsideration, motion for extension of time. Defendants may file a reply to their summary judgment motion within 14 days of the date of this order.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for reconsideration, motion for extension of time (Dkt. No. 76) is **DENIED**. Defendants may file a reply to their summary judgment motion **within 14 days of the date of this order**.

Dated at Milwaukee, Wisconsin on February 9, 2026.

STEPHEN C. DRIES
United States Magistrate Judge

2

Case 2:23-cv-01619-SCD    Filed 02/09/26    Page 2 of 2    Document 84